**Electronically Filed
Supreme Court
SCWC-18-0000494
05-APR-2021
01:49 PM
Dkt. 50 ODSAC**

SCWC-18-0000494

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

AUSTIN H. ROSA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000494; 5CPC-17-0000201)

ORDER DISMISSING CERTIORARI PROCEEDING
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon further consideration of the records and files in this case, it appearing that the writ of certiorari herein was improvidently granted,

IT IS HEREBY ORDERED that this certiorari proceeding is dismissed.

DATED: Honolulu, Hawai‘i, April 5, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

